UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VISTA CLINICAL DIAGNOSTICS,
LLC and DAVIAN SANTANA,**

      **Plaintiffs,**

**v.**                                                      Case No: 6:17-cv-1491-Orl-41TBS

**PETAR MARKOVIC and JAVIER DEL
HOYO,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Motion for Preliminary Injunction (Doc. 3). At the November 20, 2017 hearing, the parties agreed to the entry of a stipulated preliminary injunction without any admission of wrongdoing or violation of law and without a finding by the Court of law or fact other than stated below. Therefore, it is **ORDERED** and **ADJUDGED** that the motion (Doc. 3) is **GRANTED** as follows:

1. Defendants waive all rights to seek judicial review or otherwise challenge or contest the validity of this Order.

2. Plaintiffs have posted a surety bond in the sum of $10,000.

3. Defendants and anyone acting on Defendants' behalf who have notice of this Order are immediately enjoined and restrained from filing any action in state or federal court to enforce:

    a. The Estoppel Certificate dated December 12, 2014, purportedly signed by Davian Santana;

  b. The lease Guarantee dated November 19, 2015, purportedly signed by Davian Santana; and

  c. The Estoppel Certificate dated November 20, 2016, purportedly signed by Davian Santana.

4.  This Order shall remain in effect for the duration of this matter, with a trial date of May 2018 unless extended for good cause by this Court.

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record