UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VISTA CLINICAL DIAGNOSTICS,
LLC and DAVIAN SANTANA,**

        **Plaintiffs,**

v.                                       Case No: 6:17-cv-1491-Orl-41TBS

**PETAR MARKOVIC and JAVIER DEL
HOYO,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's First Amended Application for Attorney's Fees and Costs (Doc. 88), Plaintiff's Revised Proposed Bill of Costs (Doc. 94), and two Report and Recommendations (Doc. Nos. 92, 98) issued by United States Magistrate Judge Thomas B. Smith on the motions.

After a *de novo* review, and noting that no objections to the Report and Recommendations were timely filed, the Court agrees with the analyses therein. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendations (Doc. Nos. 92, 98) are **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's First Amended Application for Attorney's Fees and Costs (Doc. 88) is **DENIED**.

3. Plaintiffs' Application for Attorney's Fees and Costs (Doc. 86) is **DENIED as moot**.

4. The Motion for Clarification (Doc. 99) is **DENIED**.

5. The Clerk is directed to enter a cost judgment in the amount of $8,014.50 in favor of Plaintiffs and against Defendants.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record